UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-21095-CIV-JORDAN

| | |
|---|---|
| ASENCION LUNA, | ) |
|     Plaintiff | ) ) |
| vs. | ) |
| WALGREEN COMPANY d/b/a Walgreens, | ) ) |
|     Defendant | ) |
| _____ | ) |

### FINAL JUDGMENT

On August 20, 2008, summary judgment was granted in favor of defendant Walgreen Company.

Pursuant to Federal Rules of Civil Procedure 54 and 58, final judgment is entered in favor of Walgreen Company. Ms. Luna shall take nothing by this cause. Appropriate costs, if any, will be taxed by separate motion and order.

Any pending motions are DENIED AS MOOT, and this case is CLOSED.

DONE and ORDERED in chambers in Miami, Florida, this 21st day of August, 2008.

_____
Adalberto Jordan
United States District Judge

Copies to:   All counsel of record